John Wallace, Appellant, v. The Prudential Insurance Company of America, Respondent.— Judgment unanimously affirmed, with costs.

Eugene S. Wood, Respondent, v. Portus R. Ordway, Appellant.— Judgment affirmed, with costs. All concurred, except Houghton, J., dissenting.

David F. Winne, Respondent, v. Lorenzo B. Chapman, Appellant.— Judgment and order unanimously affirmed, with costs.

Henrietta Andrews, Appellant, v. George W. Allen, as Administrator, etc., of John W. Allen, Deceased, Respondent.— Motion granted unless within ten days the appellant pays ten dollars costs of this motion, and ten dollars costs of opening default, and within twenty days serves proposed case on respondent's attorney, in which case motion is denied.

Frank A. Anderson v. Adelaide H. Anderson.— Motion denied on condition that appellant serve printed papers within twenty days and bring on appeal for argument upon the first motion day of the May term; otherwise motion is granted.

Catskill National Bank, Respondent, v. Thomas Henry Dumary, Appellant.— Motion denied.

Michael J. Dempsey, as Administrator, etc., of Bridget M. Dempsey, Deceased, Appellant, v. John L. Guiles and Others, Respondents.— Reargument ordered.

Harvey D. Hinman, Respondent, v. Cora W. Keyes, Appellant.— Motion granted, and question certified as follows: Was the Special Term authorized under section 1013 of the Code of Civil Procedure to refer the issues in this action to a referee for trial?

Louie B. Losie, as Administratrix, etc., of Chauncey B. Losie, Deceased, Appellant, v. Delaware and Hudson Company, Respondent.— Motion denied.

In the Matter of the Probate of the Last Will and Testament of Mary R. Moore, Deceased. Gertrude Moore Woodard and Others, Appellants; John H. Burke and Others, Respondents.— Order affirmed, with costs. All concurred.

In the Matter of the Application of the Town of Kirkwood, Broome County, New York, by Its Town Board, and of Edwin Smith and Others, as Assessors of Said Town of Kirkwood, to Procure the Substitution as Attorneys of Hinman, Howard & Kattell, of Binghamton, New York, in the Place and Stead of A. D. Wales and Wales & Riley, Attorneys for Said Assessors Heretofore.— Upon hearing this appeal, the court suggested the form of stipulation which should be filed by the town as a condition for the making of this order, and which stipulation has been filed, the terms of which and of this order having been assented to by the respective parties in open court, it is determined that the order appealed from be modified by inserting therein, in lieu of the provisions with reference to an undertaking, the terms of said stipulation as a condition thereof and the following provisions, and as so modified affirmed. It is further ordered that the said Wales and his firm, having been superseded by the action of the town, neither he nor his firm is answerable for the result of further proceedings herein, and the final event of these proceedings shall not bear upon or prejudice his right to, or the amount of, compensation, but his compensation shall be determined without reference thereto. It is further ordered that the printing disbursements at this term, to be duly taxed, are allowed to the appellant in case it is found that anything is due him for services, and that the amount thereof shall in that event be paid to him